**Order entered January 29, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00857-CV

## RECLAIM CONSTRUCTION, LLC, Appellant

## V.

## FRANCISCO JAVIER LOPEZ AND TOMAS LOBO, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-04975

## ORDER

On appellant's motion, we extended the deadline for filing appellant's brief to January 19, 2021. To date, however, the brief has not been filed. Accordingly, we **ORDER** the brief be filed **no later than February 8, 2021**. *We caution appellant that failure to comply may result in dismissal of the appeal without further notice. See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

/s/    CRAIG SMITH
       JUSTICE